UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY WILLAMS,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO GARCIA, MARK RIDLEY-THOMAS, HILDA SOLIS, SHEILA KUEHL, LAW OFFICES OF THE LOS ANGELES COUNTY PUBLIC DEFENDER; COUNTY OF LOS ANGELES, RONALD BROWN, KELLY EMLING, LAURA GREEN, MICHAEL SUZUKI, JENNY BROWN, DANIEL KUPERBERG, RUBEN MARQUEZ, AND DOE DEFENDANTS 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No.: 2:21−cv−08077−MEMF (PLAx)<br><br>**ORDER GRANTING STIPULATION ALLOWING PLAINTIFF TO FILE FOURTH AMENDED COMPLAINT FOR DAMAGES [ECF NO. 59]** |

On June 12, 2023, the parties filed a Stipulation Allowing Plaintiff to File Fourth Amended Complaint for Damages. ECF No. 59 ("Stipulation").

The court, having considered the Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Plaintiff is GRANTED leave to file a Fourth Amended Complaint for Damages within thirty-five (35) days of this Order.
2. Defendants' responsive pleading shall be due thirty (30) days after the Fourth Amended Complaint for Damages is filed.

IT IS SO ORDERED.

Dated: June 13, 2023

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge